BEFORE THE THIRD DIVISION, MAY 29, 1942

**No. 47251.**—Protests 818589–G, etc., of W. R. Zanes & Co. et al. (Galveston, etc.).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47252.**—Protests 864768–G, etc., of Myott Tharaud Corp. et al.   (New York).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

MAY 27, 1942

**No. 47253.** Protests 53417–K, etc., of Strauss-Eckardt Co., Inc.   Plaintiff's application for rehearing granted.

**No. 47254.** Protests 996137–G, etc., of Eitinger Bead Co., Inc.   Plaintiff's application for rehearing denied.

MAY 28, 1942

**No. 47255.** Protests 14297–K, etc., of Pacific Trading Co. C. D. 610.   Motion of Government for rehearing denied.

**No. 47256.** Protests 899084–G (A), etc., of Joseph B. Greenberg et al.   C. D. 626.   Plaintiff's application for rehearing denied.

MAY 27, 1942

**No. 47257.**—Suit 4371. *American Shipping Co. (General Electric X-Ray Corp.) v. United States.* Reap. Dec. 5299 affirmed.   C. A. D. 198.

JUNE 2, 1942

**No. 47258.**—Suit 4361. —*Corporacion Argentina De Productores De Carnes v. United States.*   C. D. 464 affirmed.   C. A. D. 204.

BEFORE THE FIRST DIVISION, JUNE 3, 1942

**No. 47259.**—Protests 20677–K, etc., of Biddle Purchasing Co. et al. (New York).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.